*Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (children's clothing) and that such value is the appraised unit value, net packed, less 4½ percent of the United States dollar value.

**No. R67/107.**—Kurt Orban Company, Inc. *v.* United States, reappraisements R64/18554 and R64/18555 (Port Everglades).

BEFORE JUDGE BECKWORTH, SEPTEMBER 28, 1967

**No. R67/108.**—Lollytogs, Ltd. *v.* United States, reappraisement R63/15581 (New York).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the 'Customs Simplification

Act of 1956, is the proper basis for the determination of the value of the merchandise (children's clothing) and that said value is represented by the appraised unit values, net packed, less 4½ percent.